# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2018

SEAN F. McAVOY, CLERK

KEVIN ANDERSON,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS; KEVIN BOVENKAMP; and JOHN and JANE DOES 1-20,

*Defendant*

Civil Action No. 4:17-CV-5110-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Leave to Amend Complaint (ECF No. 21) is DENIED without leave to renew. Defendants' Motion for Summary Judgment (ECF No. 14) is GRANTED. Plaintiff's claims against Defendants are DISMISSED with prejudice. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Motion for Leave to Amend Complaint (ECF No. 21) and Motion for Summary Judgment (ECF No. 14).

Date: 2/9/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen